UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

    UNITED STATES OF AMERICA

                Plaintiff(s)

     -vs-                                            99-Cv-6050T

    VINCENT McCULLOUGH,
    ALAN MACKEY

                Defendant(s)

_____

    The above case is transferred from Hon. Michael A. Telesca to Hon. David G. Larimer.

    SO ORDERED.

                                    S/ MICHAEL A. TELESCA
                                MICHAEL A. TELESCA
                                United States District Judge

Dated:  Rochester, New York
        January 4, 2007